■■■ NANCY J. CLARK, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 1.) [754 NYS2d 814] —Appeal from an order of Supreme Court, Oneida County (Grow, J.), entered June 23, 1999, which denied plaintiff's motion for leave to amend the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Clark v State of New York* (302 AD2d 942 [2003]). Present—Green, J.P., Pine, Hurlbutt, Kehoe and Hayes, JJ.